VIRGINIA L. SNYDER, Respondent, v BARRY E. SNYDER, JR., Appellant. (Appeal No. 2.) [832 NYS2d 860]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered December 15, 2006. The order committed defendant to the Erie County Correctional Facility until he complies with a prior order.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs.

Same memorandum as in *Snyder v Snyder* (39 AD3d 1282 [2007]). Present—Martoche, J.P., Smith, Centra, Lunn and Peradotto, JJ.